C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

In Re: Bruce Blackwell )
)
)
) No. B-0380299 C13D
)
Debtor(s) )

## ORDER

      This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to deem the account of Countrywide Home Loans as current and there having been no filed objection to the Motion within the time period set forth in the Notice issued on November 17, 2008 by the Clerk of Court setting December 17, 2008 as the deadline for filing objections to the Motion, and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is ORDERED

      1. The account of Countrywide Home Loans is declared to be current and not in default.

      2. This case may now be processed for closing and the entry of a discharge pursuant to 11 U.S.C. §1328.

      3. The regular monthly payment due Countrywide Home Loans shall be paid directly by the Debtors beginning January, 2009.

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-03-80299 C13D**

Bruce Blackwell
9061 Robert Morgan Road
Bullock, NC 27507

Donald D. Pergerson, Esq.
Post Office Box 2289
Henderson, NC 27536

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702

Countrywide Home Loans, Inc.
7105 Corporate Drive
Mail Stop PTX B 209
Plano, TX 75024-3632

H. Terry Hutchens, Esq.
Post Office Box 2505
Fayetteville, NC 28302